1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 YOGITA PARULEKAR and ASHLEY    )   No. C 07-3878 JW
   MARTINS,                       )
13                                )
                        Plaintiff,)
14                                )
        v.                        )
15                                )   JOINT REQUEST FOR EXEMPTION
   MICHAEL CHERTOFF, Secretary of )   FROM FORMAL ADR PROCESS
   the Department of Homeland     )
16 Security; EMILIO T. GONZALEZ,  )
   Director of the Citizenship    )
17 and Immigration Services;      )
   ROSEMARY MELVILLE, District    )
18 Director Department of         )
   Homeland Security; ROBERT S.   )
   MUELLER III, Director of the   )
19 Federal Bureau of              )
   Investigation,                 )
20                                )
                        Defendants.)
   _____)

21      Each of the undersigned certifies that he or she has read either the handbook entitled

22 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

23 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

24 resolution options provided by the court and private entities, and considered whether this case might

25 benefit from any of them.

26      Here, the parties agree that referral to a formal ADR process will not be beneficial because

27 this mandamus action is limited to Plaintiffs' request that this Court compel Defendants to

28 adjudicate an application for an immigration benefit. Given the substance of the action and the lack

ADR CERTIFICATION
C 07-3878 JW

of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: November 13, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: November 13, 2007

_____/s/_____
CHRISTINA H. LEE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

JAMES WARE
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
C 07-3878 JW                    2