1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN JOSE DIVISION
11

| | |
|---|---|
| YOGITA PARULEKAR and ASHLEY MARTINS, | No. C 07-3878 JW |
| Plaintiff, | |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the Citizenship and Immigration Services; ROSEMARY MELVILLE, District Director Department of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation, | JOINT CASE MANAGEMENT STATEMENT |
| Defendants. | |

21    The parties hereby submit the Joint Case Management Statement. The parties respectfully

22 ask the Court to adopt the Statement without need for a Case Management Conference.

23    1. Jurisdiction and Service: There are no issues concerning personal jurisdiction or venue.

24 Plaintiffs brought this Complaint under 28 U.S.C. §§ 1331 and 1361, the Administrative Procedure

25 Act, and 28 U.S.C. § 2201. All parties have been served.

26    2. Facts: On April 5, 2005, Plaintiffs applied for adjustment of status. On July 30, 2007,

27 Plaintiffs filed the instant Complaint. Plaintiff Parulekar's application has been adjudicated;

28 however, Plaintiff Martins' name check remains pending with the FBI..

JOINT CASE MANAGEMENT STATEMENT
C 07-3878 JW

3. Legal Issues: The principal legal issue the parties dispute is whether the Court has jurisdiction to compel agency action in this case and if so, whether a writ a mandamus should issue to remedy Defendants' alleged unreasonable delay in adjudicating Plaintiffs' applications.

4. Motions: None.

5. Amendment of Pleadings: None.

6. Evidence Preservation: None.

7. Disclosures: The parties agree that this Court's review will be confined to the administrative record and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R. Civ. P. 26.

8. Discovery: There has been no discovery to date and the parties believe this matter can be resolved without discovery. No experts will be designated.

9. Class Actions: Not applicable.

10. Related Cases: None.

11. Relief: Plaintiffs ask the Court to direct the agency to adjudicate Plaintiffs' adjustment of status applications and ask for an award of attorneys' fees. This case does not involve damages.

12. Settlement and ADR: The parties filed a Joint Request to Be Exempt From Formal ADR on November 13, 2007.

13. Consent to Magistrate Judge for All Purposes: Plaintiffs do not consent to reassignment of this case to a magistrate judge.

14. Other References: None.

15. Narrowing of Issues: None.

16. Expedited Schedule: The parties believe this matter can be solved through motions.

17. Scheduling: The parties suggest the following dates:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment: | January 7, 2008 |
| Defendants' Opposition and Cross Motion: | January 21, 2008 |
| Plaintiffs' Reply: | January 28, 2008 |
| Defendants' Reply, if any: | February 4, 2008 |

The parties request the Court to take the matter under submission without oral argument. Should

the Court desire oral argument, the parties respectfully suggest the following date: February 25, 2008, at 10:00 a.m.

18. Trial: The parties believe the matter can be resolved through the motions for summary judgment.

19. Disclosure of Non-party Interested Entities or Persons: None.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: November 26, 2007                     Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                             /s/
                                             MELANIE L. PROCTOR[1]
                                             Assistant United States Attorney
                                             Attorneys for Defendants

Dated: November 21, 2007                     /s/
                                             CHRISTINA H. LEE
                                             Attorney for Plaintiffs

**CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order. The Case Management Conference scheduled for December 3, 2007 is hereby VACATED. The matter will be taken under submission at the close of the briefing schedule.

Dated:
                                             JAMES WARE
                                             United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.