1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Ashley Martins,

          Plaintiff,

  v.

Michael Chertoff, et al.,

          Defendants.

                               /

No. C 07-03878 JW

**SCHEDULING ORDER**

Upon filing, this case was scheduled for a case management conference on December 3, 2007.  Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order.  (See Docket Item No. 7.)  In their joint submission, the parties agreed that this matter may be decided on cross-motions for summary judgment.  Accordingly, **the case management conference is vacated**. The parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **February 25, 2008 at 9:00 a.m.** for a hearing on their anticipated cross-motions for summary judgment.  The parties shall file their motion papers in accordance with Civil Local Rules.

Dated:  November 28, 2007

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE  BEEN DELIVERED TO:**

Christina Heakyung Lee clee@litwinlaw.com
Edward Ronald Litwin elitwin@litwinlaw.com
Melanie Lea Proctor Melanie.Proctor@usdoj.gov

**Dated:  November 28, 2007**                    **Richard W. Wieking, Clerk**


**By:  /s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**

**United States District Court**
For the Northern District of California

2