Edward R. Litwin SB#: 57635
Christina H. Lee SB#: 230883
Litwin & Associates, A Law Corporation
1435 Huntington Ave., Suite 336
South San Francisco, CA 94080
(650) 588-7100 (t) (650) 588-4302 (f)

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Yogita Parulekar and Ashley Martins, <br><br> Plaintiffs, <br><br> v. <br><br> Michael Chertoff, Secretary <br> Emilio T. Gonzalez, Director, USCIS <br> Rosemary Melville, District Director <br> Department of Homeland Security; <br> Robert S. Mueller, Director <br> Federal Bureau of Investigations <br><br> Defendants. | No. C 07-03878 JW <br><br> STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER |

Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs filed this action on July 30, 2007. The Defendants filed their response on October 12, 2007.

2. Plaintiff Parulekar's application was adjudicated on or about October 15, 2007, however, Plaintiff Martins' name check remained pending.

3. Pursuant to this Court's November 28, 2007, Scheduling Order, the Plaintiffs are required to file a Motion for Summary Judgement on January 7, 2008, and the Defendants are required to file an Opposition and Cross Motion for Summary Judgement on January 21, 2008.

Stipulation to Extend Dates                    1                    C07-03878 JW

4. Plaintiff Martin has been informed by the Defendants that Plaintiff Martins' name checks has been completed and this case is close to resolution.  In order to allow time for the USCIS to receive the completed name check result for Plaintiff Martins, and resolve this matter without further litigation, the parties hereby respectfully ask this Court to extend the Court's scheduling order as follows:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgement: | February 4, 2008 |
| Defendant's Opposition and Cross Motion: | February 18, 2008 |
| Plaintiffs' Reply: | February 25, 2008 |
| Defendants' Reply, if any: | March 3, 2008 |
| Motions Hearing: | March 24, 2008 at 9:00 a.m. |

Dated: January 4, 2008                    Respectfully submitted,

_____/s/_____
EDWARD R. LITWIN
CHRISTINA H. LEE
Attorney for Plaintiffs

Dated:  January 4, 2008                    _____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
JAMES WARE
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Extend Dates                    3                    C07-03878 JW