```
Edward R. Litwin SB#: 57635
Christina H. Lee SB#:  230883
Litwin & Associates, A Law Corporation
1435 Huntington Ave., Suite 336
South San Francisco, CA  94080
(650) 588-7100 (t) (650) 588-4302 (f)
```

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YOGITA PARULEKAR  and ASHLEY MARTINS<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary<br>EMILIO T. GONZALEZ, Director, CIS<br>ROSEMARY MELVILLE, District Director<br>Department of Homeland Security;<br>ROBERT S. MUELLER, Director<br>Federal Bureau of Investigations;<br><br>    Defendants. | Civil No. C 07-03878 JW<br><br>[PROPOSED] ORDER GRANTING PETITIONERS' MOTION FOR SUMMARY JUDGMENT |

The motion of Plaintiff ASHLEY MARTINS for summary judgment came on regularly for hearing before this Court on March 24, 2008.  Plaintiff filed a complaint for writ in the nature of mandamus based on Defendants delay in adjudicating his application for adjustment of status.  His application has been pending for over two and a half years.

Mandamus is an extraordinary remedy and is available to compel a federal official to perform a duty if the Plaintiff can show that: (1) [his] claim is clear and certain; (2) the official's duty is nondiscretionary, ministerial, and so plainly prescribed as to be free from doubt; and (3) no other adequate remedy is available.  <u>Patel v. Reno</u>, 134 F.3d 929, 931 (9th Cir. 1997).  The Court finds that the Plaintiff is entitled to mandamus relief because the Immigration and Nationality Act and the Code of Federal Regulations have placed upon the Defendants a mandatory and nondiscretionary duty to

adjudicate the Plaintiff's application for lawful permanent residence.

The Court further finds that the Respondents' failure to adjudicate the Plaintiff's application has been unreasonable, and thus in violation of the Administrative Procedures Act ("APA"). The APA requires that, "[w]ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." 5 U.S.C. § 555(b).

After considering the motion for summary judgment, the parties' responses, arguments of counsel and all other evidence presented to the Court, the Court concludes that the Plaintiff is entitled to the relief he seeks whether pursuant to mandamus or the APA. The Court therefore grants Plaintiff's motion for summary judgment and orders that the Plaintiff's application for lawful permanent residency be adjudicated within ten (10) days of this order.

If the United States Citizenship and Immigration Services ("USCIS") is compelled to deny the application due to the fact that the Plaintiff's name check is not yet complete, the Court further orders the USCIS to request the FBI to expedite the Plaintiff's name check, and then adjudicate Plaintiff's application for lawful permanent residency within ten (10) days of this order.

IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment be GRANTED.

Dated: _____

JAMES WARE
United States District Judge

[Proposed] Order Granting Mot. For SJ                                                     C 07-03878 JW