1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
   YOGITA PARULEKAR and ASHLEY  )    No. C 07-3878 JW
12 MARTINS,                     )
                                )
13                  Plaintiff,  )
                                )
14      v.                      )
                                )    STIPULATED DISMISSAL PURSUANT
15 MICHAEL CHERTOFF, Secretary of the ) TO FED. R. CIV. P. 41(a)
   Department of Homeland Security; EMILIO )
16 T. GONZALEZ, Director of the Citizenship )
   and Immigration Services; ROSEMARY )
17 MELVILLE, District Director Department )
   of Homeland Security; ROBERT S. )
18 MUELLER III, Director of the Federal )
   Bureau of Investigation,     )
19                              )
                    Defendants. )
20 _____)

21     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

22 attorneys of record, hereby stipulate to dismissal of the above-entitled action without prejudice in

23 light of the fact that the United States Citizenship and Immigration Services has adjudicated

24 Plaintiffs' applications for adjustment of status.

25 ///

26 ///

27 ///

28 ///

STIPULATED DISMISSAL
C 07-3878 JW

Each of the parties shall bear their own costs and fees.

Dated: February 6, 2008                    Respectfully submitted,

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney


                                                   /s/
                                           MELANIE L. PROCTOR[1]
                                           Assistant United States Attorney
                                           Attorneys for Defendants


Dated: February 6, 2008                            /s/
                                           CHRISTINA H. LEE
                                           Attorney for Plaintiffs

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
C 07-3878 JW                               2