1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

| | |
|---|---|
| YOGITA PARULEKAR and ASHLEY MARTINS, ) )  ) Plaintiff, )  ) v. ) ) MICHAEL CHERTOFF, Secretary of the ) Department of Homeland Security; EMILIO ) T. GONZALEZ, Director of the Citizenship ) and Immigration Services; ROSEMARY ) MELVILLE, District Director Department ) of Homeland Security; ROBERT S. ) MUELLER III, Director of the Federal ) Bureau of Investigation, ) ) Defendants. ) ) | No. C 07-3878 JW  STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) |

21    Plaintiffs, by and through their attorney of record, and Defendants, by and through their

22 attorneys of record, hereby stipulate to dismissal of the above-entitled action without prejudice in

23 light of the fact that the United States Citizenship and Immigration Services has adjudicated

24 Plaintiffs' applications for adjustment of status.

25 ///

26 ///

27 ///

28 ///

STIPULATED DISMISSAL
C 07-3878 JW

1 | Each of the parties shall bear their own costs and fees.

3 | Dated: February 6, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: February 6, 2008

/s/
CHRISTINA H. LEE
Attorney for Plaintiffs

**** ORDER ****

In an effort to clear its docket, the Court terminates all pending motions, hearings and deadlines. The Clerk shall close this file.

Date:  February 7, 2008

_____
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
C 07-3878 JW                               2